Argued and submitted June 23, reversed and remanded for reconsideration
September 6, 1995

In the Matter of the Compensation of
Joseph Parry, Claimant.

Joseph PARRY,
*Petitioner,*

*v.*

· MARVIN WOOD PRODUCTS, INC.,
*Respondent.*

(WCB 93-14867; CA A86603)

901 P2d 920

Alan J. Schmeits argued the cause for petitioner. With him on the brief was Silven, Schmeits & Vaughan.

Vera Langer argued the cause for respondent. With her on the brief was Scheminske, Lyons & Bussman.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

**PER CURIAM**

Claimant seeks review of a Workers' Compensation Board order upholding employer's denial of his current low back condition. The statutes pertinent to this review have been amended by Oregon Laws 1995, chapter 332. Because the amended version of the statutes is applicable here, we remand for reconsideration in the light of the new law. *Volk v. America West Airlines*, 135 Or App 565, 899 P2d 746 (1995).

Reversed and remanded for reconsideration.